Matthew Mellen (Bar No. 233350)
Jessica Galletta (Bar No. 281179)
MELLEN LAW FIRM
411 Borel Ave., Suite 230
San Mateo, CA 94402
Telephone:    (650) 638-0120
Facsimile:    (650) 638-01258

Attorneys for Plaintiffs:
RICK FUNES
ALBA FUNES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION

| | |
|---|---|
| RICK FUNES, an individual; and ELBA FUNES, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA, N.A., a financial institution; BANK OF NEW YORK MELLON, N.A., an investment management and investment services company; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 3:12-cv-05775-MEJ<br><br>Judge:   Hon. Maria-Elena James<br><br>~~[PROPOSED]~~ **ORDER RE: STIPULATION TO FURTHER STAY LITIGATION PENDING EFFORTS TOWARDS INFORMAL RESOLUTION**<br><br>Action Filed:   November 15, 2012<br>Trial Date:   None Set |

Pursuant to the parties' Stipulation to Further Stay Litigation Pending Efforts Towards Informal Resolution, and good cause appearing, IT IS SO ORDERED that:

1. All litigation proceedings, including but not limited to discovery and law and motion, are stayed for 90 days from the date of this Order to allow for adequate time for defendant Bank of America to process Plaintiffs' loan modification application and review Plaintiffs for a loan modification.

2. Defendants shall file and serve a responsive pleading to Plaintiffs' Complaint within 15 days of the expiration of the litigation stay.

1     3.    The initial Case Management Conference shall be reset by the Court following the
2 expiration of the stay, should the case not resolve.

4     IT IS SO ORDERED.

7 Dated: May 21, 2013

8                              Honorable Maria Elena James
                              Magistrate Judge, United States
9                               District Court