Matthew Mellen (Bar No. 233350)
Jessica Galletta (Bar No. 281179)
MELLEN LAW FIRM
411 Borel Ave., Suite 230
San Mateo, CA 94402
Telephone: (650) 638-0120
Facsimile: (650) 638-01258

Attorneys for Plaintiffs:
RICK FUNES
ALBA FUNES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION

| | |
|---|---|
| RICK FUNES, an individual; and ELBA FUNES, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA, N.A., a financial institution; BANK OF NEW YORK MELLON, N.A., an investment management and investment services company; and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO. 3:12-cv-05775-MEJ<br><br>Judge: Hon. Maria-Elena James<br><br>**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE SCHEDULED FOR SEPTEMBER 26, 2013; ~~[PROPOSED]~~ ORDER** |

Pursuant to the Civil Local Rules of the United States District Court for the Northern District of California and ADR Local Rules of the United States District Court for the Northern District of California, Rule 304(b), the parties, plaintiffs RICK FUNES and ELBA FUNES, and defendants BANK OF AMERICA, N.A., for itself and as successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP, and THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, as trustee for the certificateholders of CWABS Inc., Asset-Backed Certificates, Series 2007-5 (erroneously sued herein as Bank of New York Mellon, N.A.) (collectively, "Defendants"), hereby stipulate that:

1. WHEREAS on November 9, 2012, Plaintiffs filed their Complaint in the above-captioned court against Defendants and served the Complaint on each Defendant.

2. WHEREAS on December 14, 2012, the parties agreed to extend Defendants' time to file and serve a responsive pleading to Plaintiffs' Complaint until January 14, 2013 to allow the parties to engage in settlement discussions without further intervention of this Court.

3. WHEREAS on January 11, 2013, the parties stipulated to stay litigation in this matter for one hundred and twenty (120) days, with Defendants' responses to Plaintiffs' Complaint due within fifteen days following the stay;

4. WHEREAS on August 28, 2013, the Court set this case for Case Management Conference on August 28, 2013;

5. WHEREAS on August 29, 2013, Defendants filed an Answer to Plaintiffs' Complaint

**STIPULATION**

1. The parties stipulate to a thirty day extension of time for the Case Management Conference

2. The stay and extension will not result in prejudice to any party.

3. Due to the reasons stated herein, the parties respectfully request that the Court grant the extension.

DATED: September 24, 2013

MELLEN LAW FIRM

By: /s/ Jessica Galletta
Matthew D. Mellen
Jessica R. Galletta

Attorneys for Plaintiffs RICK FUNES and ELBA FUNES

DATED: September 24, 2013

SEVERSON & WERSON
A Professional Corporation

By: ______________________
Joel Spann

Attorneys for Defendants BANK OF AMERICA, N.A., for itself and as successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP, and THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, as trustee for the certificateholders of CWABS Inc., Asset-Backed Certificates, Series 2007-5

# ORDER

This Court, having received and reviewed the stipulation of the parties referenced immediately above, and finding good cause therefore, pursuant to the stipulation of the parties,

IT IS HEREBY ORDERED THAT:

1. The Case Management Conference currently scheduled for September 26, 2013 is hereby continued until October ~~29~~ 31, 2013. Case Management Statements to be submitted by no later than October 22, 2013.

IT IS SO ORDERED

Dated: Sept. 24, 2013




Honorable Maria Elena James