1  Matthew Mellen (Bar No. 233350)
   Jessica Galletta (Bar No. 281179)
2  MELLEN LAW FIRM
   411 Borel Ave., Suite 230
3  San Mateo, CA 94402
   Telephone:    (650) 638-0120
4  Facsimile:    (650) 638-01258

5  Attorneys for Plaintiffs:
   RICK FUNES
6  ALBA FUNES

7

                    UNITED STATES DISTRICT COURT
8

9          NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION

10

11 | RICK FUNES, an individual; and ELBA | CASE NO.    3:12-cv-05775-MEJ
   | FUNES, an individual,              |
12 |                                    | Judge:   Hon. Maria-Elena James
   |              Plaintiffs,           |
13 |                                    | **JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE SCHEDULED FOR OCTOBER 31, 2013; [PROPOSED] ORDER**
   |         vs.                        |
14 | BANK OF AMERICA, N.A., a financial |
   | institution; BANK OF NEW YORK      |
15 | MELLON, N.A., an investment        |
   | management and investment services |
16 | company; and DOES 1-50, inclusive, |
17 |              Defendants.           |

1

JOINT STIPULATION AND PROPOSED OREDER RE: CONTINUANCE OF CASE MANAGEMENT CONFERENCE

Pursuant to the Civil Local Rules of the United States District Court for the Northern District of California and ADR Local Rules of the United States District Court for the Northern District of California, Rule 304(b), the parties, plaintiffs RICK FUNES and ELBA FUNES, and defendants BANK OF AMERICA, N.A., for itself and as successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP, and THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, as trustee for the certificateholders of CWABS Inc., Asset-Backed Certificates, Series 2007-5 (erroneously sued herein as Bank of New York Mellon, N.A.) (collectively, "Defendants"), hereby stipulate that:

1. WHEREAS on November 9, 2012, Plaintiffs filed their Complaint in the above-captioned court against Defendants and served the Complaint on each Defendant.

2. WHEREAS on December 14, 2012, the parties agreed to extend Defendants' time to file and serve a responsive pleading to Plaintiffs' Complaint until January 14, 2013 to allow the parties to engage in settlement discussions without further intervention of this Court.

3. WHEREAS on January 11, 2013, the parties stipulated to stay litigation in this matter for one hundred and twenty (120) days, with Defendants' responses to Plaintiffs' Complaint due within fifteen days following the stay;

4. WHEREAS on August 29, 2013, Defendants filed an Answer to Plaintiffs' Complaint

5. WHEREAS the parties are still engaged in settlement discussions;

6. WHEREAS on September 24, 2013, the Court set this case for Case Management Conference on October 31, 2013;

**STIPULATION**

1. The parties stipulate to a sixty day extension of time for the Case Management Conference

2. The stay and extension will not result in prejudice to any party.

3. Due to the reasons stated herein, the parties respectfully request that the Court grant the extension.

1 | DATED:  October 23, 2013		MELLEN LAW FIRM

2

3

4					By:	    /s/ Sarah Adelaars
						Matthew D. Mellen
5						Sarah Adelaars

6
					Attorneys for Plaintiffs RICK FUNES and ELBA
7					FUNES

8

9 | DATED:  October 23, 2013		SEVERSON & WERSON
					A Professional Corporation
10

11

12					By:	    /s/ Joel Spann_____ ___
						Joel Spann
13
					Attorneys for Defendants BANK OF AMERICA, N.A.,
14					for itself and as successor by merger to BAC Home
					Loans Servicing, LP fka Countrywide Home Loans
15					Servicing, LP, and THE BANK OF NEW YORK
					MELLON FKA THE BANK OF NEW YORK, as
16					trustee for the certificateholders of CWABS Inc., Asset-
					Backed Certificates, Series 2007-5
17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

This Court, having received and reviewed the stipulation of the parties referenced immediately above, and finding good cause therefore, pursuant to the stipulation of the parties,

IT IS HEREBY ORDERED THAT:

1. The Case Management Conference currently scheduled for October 31, 2013 is hereby continued until ~~December 30, 2013~~ January 2, 2014. Case Management Statements to be submitted by no later than ~~December 20, 2013~~ December 26, 2013.

IT IS SO ORDERED

Dated: __10/23__, 2013

_____
Honorable Maria Elena James

4

JOINT STIPULATION AND PROPOSED OREDER RE: CONTINUANCE OF CASE MANAGEMENT CONFERENCE