UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK FUNES, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>BANK OF AMERICA, N.A., et al.,<br><br>    Defendants. | Case No. 12-cv-05775-MEJ<br><br>**ORDER DIRECTING PARTIES TO FILE CONSENT/DECLINATION FORM** |

  This civil case was randomly assigned to United States Magistrate Judge Maria-Elena James for all purposes including trial.  In accordance with 28 U.S.C. § 636(c), magistrate judges are designated to conduct any and all proceedings in a civil case, including trial and entry of final judgment, upon the consent of the parties.  An appeal from a judgment entered by Judge Maria-Elena James may be taken directly to the United States Court of Appeals for the Ninth Circuit in the same manner as an appeal from any other judgment of a district court.

  The parties have not filed written consents to Judge MARIA-ELENA JAMES's jurisdiction.  The parties also have the right to have their case assigned to a United States District Judge for trial and disposition.  Accordingly, the parties shall inform the court whether they consent to Judge Maria-Elena James's jurisdiction or request reassignment to a United States District Judge.  Each party shall file either a consent or declination form attached to this Order by January 9, 2014.

  **IT IS SO ORDERED.**

Dated: December 30, 2013

                          _____
                          MARIA-ELENA JAMES
                          United States Magistrate Judge