UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK FUNES, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A., et al.,<br><br>    Defendants. | Case No. 12-cv-05775-JST<br><br>**ORDER REGARDING STIPULATION TO STAY ACTION AND AMENDED SCHEDULING ORDER**<br><br>Re: ECF No. 31 |

The parties have stipulated to stay this action for 120 days pending settlement negotiations and to vacate all deadlines. ECF No. 31. The request to stay the action is DENIED. The court will, however, continue the case deadlines by 120 days, as follows:

| **Event** | **Deadline** |
|---|---|
| Fact discovery cut-off | 1/2/15 |
| Expert disclosures | 2/5/15 |
| Expert rebuttal | 2/20/15 |
| Expert discovery cut-off | 3/5/15 |
| Deadline to file dispositive motions | 3/27/15 |
| Pretrial conference statement due | 6/9/15 |
| Pretrial conference | 6/19/15 at 2:00 p.m. |
| Trial | 7/6/15 at 8:30 a.m. |
| Estimate of trial length (in days) | 5 |

1  Counsel may not modify these dates without leave of court.  The parties shall comply with
2  the Court's standing orders, which are available at cand.uscourts.gov/jstorders.
3  The parties must take all necessary steps to conduct discovery, compel discovery, hire
4  counsel, retain experts, and manage their calendars so that they can complete discovery in a timely
5  manner and appear at trial on the noticed and scheduled dates.  All counsel must arrange their
6  calendars to accommodate these dates, or arrange to substitute or associate in counsel who can.
7  Trial dates set by this Court should be regarded as firm.  Requests for continuance are
8  disfavored.  The Court will not consider any event subsequently scheduled by a party, party-
9  controlled witness, expert or attorney that conflicts with the above trial date as good cause to grant
10 a continuance.  The Court will not consider the pendency of settlement discussions as good cause
11 to grant a continuance.

Dated: August 14, 2014

_____
JON S. TIGAR
United States District Judge