1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Matthew D. Mellen (Bar No. 233350)
Jessica Galletta (Bar No. 281179)
Eunji Cho (Bar No. 286710)
MELLEN LAW FIRM
411 Borel Avenue, Suite 230
San Mateo, California 94402
Telephone:   (650) 638-0120
Facsimile:   (650) 638-0125

Attorney for Plaintiffs,
RICK FUNES
ELBA FUNES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION

| | |
|---|---|
| RICK FUNES, an individual; and ELBA FUNES, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA, N.A., a financial institution; BANK OF NEW YORK MELLON, N.A., an investment management and investment services company; and DOES 1-50,  inclusive,<br><br>Defendants. | Case No.: 3:12-cv-05775-JST<br><br>**NOTICE OF SETTLEMENT AND JOINT STIPULATION TO VACATE ALL TRIAL RELATED DEADLINES**<br><br><br><br>Complaint Filed:   November 9, 2012<br>Trial Date:          July 13, 2015 |

1

**RECITALS**

Plaintiffs RICK FUNES and ELBA FUNES ("Plaintiffs"), and Defendants BANK OF AMERICA, N.A. and BANK OF NEW YORK MELLON, N.A ("Defendants"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1.      WHEREAS Plaintiffs commenced the above-referenced action on November 9, 2012 in this Court;

2.      WHEREAS on March 26, 2014, the Court issued a Scheduling Order, setting this matter for a 3-5 day jury trial beginning on July 13, 2015 and setting all pre-trial deadlines, including, setting Discovery Cut-Off for January 2, 2014;

3.      WHEREAS on the Parties have since settled this matter, in its entirety, but are merely awaiting a formal settlement agreement, which counsel for Defendants is currently drafting.

4.      WHEREAS the parties agree that this matter will be completely settled and that the parties will file a Joint Stipulation to Dismiss this matter, with prejudice, in its entirety, within the next 30-45 days;

5.      WHEREAS the parties request that all trial-related deadlines in this matter be taken off calendar.

**STIPULATION**

IT IS THEREFORE STIPULATED AND AGREED, by and between Plaintiffs and Defendant, and subject to the approval of the Court, that:

1.      This matter is settled in its entirety and a Joint Stipulation to  Dismiss with prejudice will be forthcoming by no later than January 29, 2015; and

2.      The Parties request that the trial date and all trial-related deadlines be taken off calendar.

**IT IS SO STIPULATED.**

1

DATED:  December 16, 2014

MELLEN LAW FIRM

2

3

4

By:    _____/s/ Jessica Galletta_____

Matthew D. Mellen

5

Jessica Galletta

6

Attorneys for Plaintiffs RICK FUNES and ELBA

7

FUNES

8

9

DATED:  December 16, 2014

SEVERSON & WERSON

A Professional Corporation

10

11

12

By:    _____/s/ Joel Spann_____ ___

Joel Spann

13

Attorneys for Defendants BANK OF AMERICA, N.A.,

14

for itself and as successor by merger to BAC Home

Loans Servicing, LP fka Countrywide Home Loans

15

Servicing, LP, and THE BANK OF NEW YORK

MELLON FKA THE BANK OF NEW YORK, as

16

trustee for the certificateholders of CWABS Inc., Asset-

17

Backed Certificates, Series 2007-5

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF SETTLEMENT AND JOINT STIPULATION TO VACATE ALL TRIAL RELATED DEADLINES

1

## <u>ORDER</u>

2      This Court, having received and reviewed the stipulation of the parties referenced

3 immediately above, and finding good cause therefore, pursuant to the stipulation of the parties,

4

5      IT IS HEREBY ORDERED THAT:

6      1.   All trial related deadlines heretofore set in this matter, including discovery deadlines, are

7 hereby vacated.

8      2.   The parties shall file a Joint Stipulation For Voluntary Dismissal by no later than January

9 29, 2015.

10

11      IT IS SO ORDERED

12

13 Dated: ____December 17____, 2014

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



NOTICE OF SETTLEMENT AND JOINT STIPULATION TO VACATE ALL TRIAL RELATED DEADLINES