UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK FUNES, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A., et al.,<br><br>    Defendants. | Case No.  12-cv-05775-JST<br><br>**MINUTE ORDER NOTING DISMISSAL**<br><br>Re: ECF No. 39 |

The parties have filed a stipulation of dismissal dated February 9, 2015, stating that they stipulate and agree to dismiss this action with prejudice.  ECF No. 39.  Because the stipulation is signed by all parties who have appeared, it is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

This case has been dismissed with prejudice.  The Clerk shall close the file.

IT IS SO ORDERED.

Dated: February 10, 2015

_____
JON S. TIGAR
United States District Judge